**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

September 9, 2009

Clerk, U.S. Bankruptcy Court

RE: Roger Clayton Goode
    Bankruptcy Case No.   5-08-52556
    Unclaimed Funds For:  NY State Tax Commission
                                  380 Adams Street
                                  Brooklyn NY 11201

Dear Clerk:

   Enclosed herewith please find check No.751151 for $746.00 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                              Very truly yours,

                                              Carol A. Kreider
                                              Funds Manager